**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 26−31294
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Ernestine Ervin Durham
181 Fairway Cir
Rock Hill, SC 29730−6017
Social Security No.: xxx−xx−9097

# NOTICE OF PROOF OF CLAIM FILED IN CREDITOR'S BEHALF

TAKE NOTICE that the debtor in the above−referenced bankruptcy action has filed a Proof of Claim on behalf of Township of Abington on November 16, 2026 in the amount of $1525.00 pursuant to Federal Rule of Bankruptcy Procedure 3004. If you file your own Proof of Claim within the time periods set forth in Federal Rules of Bankruptcy Procedure 3002 or 3002(c), said Proof of Claim will supersede the Proof of Claim that has been filed herein by the above−mentioned party.

Dated: November 18, 2026

BY THE COURT

Laura T. Beyer
United States Bankruptcy Judge

Electronically filed and signed (11/18/26)